**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LEWIS WILKERSON, | Civil Action No. 20-1110(RMB) |
| Plaintiff | |
| v. | OPINION |
| WARDEN DAVID KELSEY, *et al.*, | |
| Defendants | |

**BUMB, District Judge**

On January 31, 2020, Plaintiff, confined in the Atlantic County Justice Facility in Mays Landing, New Jersey, filed this civil action under 42 U.S.C. § 1983. (Compl., ECF No. 1.) On February 11, 2020, legal mail sent to Plaintiff by the Court was returned without a forwarding address. (ECF No. 2.)

I. DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a Plaintiff's complaint without prejudice is an appropriate remedy for noncompliance with this rule. See Archie v. Dept. of Corr., Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

Mail sent to Plaintiff's last known address was returned. To date, Plaintiff has not informed the Court of his new address.

II. CONCLUSION

The Court will dismiss this case without prejudice pursuant to Local Rule 10.1  An appropriate order follows.


Dated: **April 2, 2020**

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**